## September 20, 1973.

M. P. No. 1697. CATHERINE I. BATON *v.* HAROLD W. BATON. Petitioner ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the petition in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Frank S. Cappuccio,* for plaintiff-respondent. *Edward M. Botelle, Z. Hershel Smith,* for defendant-petitioner.

M. P. No. 1473. STATE *v.* ANTHONY L. DeGREGORY. Defendant ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the bill of exceptions in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 73-2. PROVIDENCE TEACHERS UNION LOCAL 958, AMERICAN FEDERATION OF TEACHERS, AFL-CIO *v.* SCHOOL COMMITTEE OF THE CITY OF PROVIDENCE, RHODE ISLAND. Defendant ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Eugene F. Toro, James T. Grady,* Boston, Mass., for plaintiff. *Vincent J. Piccirilli,* for defendant.